JOSEPH D. WHEELER, Respondent, v. JOHN PISCINA et al., Individually and as Copartners Doing Business under the Name of TRAILER RENTAL CO., Defendants and Third-Party Plaintiffs-Respondents. UNITED STATES CASUALTY COMPANY, Third-Party Defendant-Appellant.

Submitted January 15, 1951; decided March 9, 1951.

*Julius Wolfson* for motion.

*Frederick Mellor* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.